IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>JOSE MENDEZ-MORALES,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 26-031 (SCC)<br><br>VIOLATIONS:<br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 1791(a)(2)<br><br>TWO COUNTS |

RECEIVED & FILED
CLERK'S OFFICE
JAN 29 2026
US DISTRICT COURT
SAN JUAN, PR
1:39
mda

### COUNT ONE
(Assault)
(18 U.S.C. § 113(a)(3))

On or about September 23, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSE MENDEZ-MORALES,**

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Detention Center (MDC, a federal prison) in Guaynabo, Puerto Rico, did assault JMR with a dangerous weapon, to wit, a homemade knife, within intent to do bodily harm, in violation of 18 U.S.C. § 113(a).

### COUNT TWO
(Possessing Contraband in Prison)
(18 U.S.C. § 1791(a)(2))

On or about September 23, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**JOSE MENDEZ-MORALES**

the defendant herein, contrary to 28 C.F.R. §§ 553.12 and 500.1(h), knowingly and intentionally possessed prohibited objects at the Metropolitan Detention Center in Guaynabo, Puerto Rico, a

*United States v. Jose Mendez-Morales*
*Indictment*

federal detention facility, specifically, a weapon, to wit, a homemade knife. All in violation of 18 U.S.C. § 1791(a)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes

_____
R. Vance Eaton
Assistant United States Attorney
Violent Crimes Unit

True Bill

███████████████
Foreperson

29-I-2026
Date

2